UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

)
)
UNITED STATES OF AMERICA           )
                                   )
v.                                 )           No. 18-cr-10238-GAO
                                   )
RICHARD POILLUCCI,                 )
                    Defendant      )
                                   )
_____ )

### ASSENTED-TO MOTION TO CONTINUE THE SEPTEMBER 18, 2018 ARRAIGNMENT TO OCTOBER 15, 2018

Now comes the defendant Richard Poillucci, by and through undersigned counsel, and

hereby respectfully moves this Honorable Court to continue the currently scheduled September 18,

2018 arraignment to October 15, 2018, at 2:30 PM.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The undersigned counsel conferred with counsel for the Government and the

Government, by and through AUSA Sara Bloom, assents to this request.


Respectfully Submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: September 3, 2018

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, September 3, 2018, a copy of the foregoing documents has been served, via ECF, upon Assistant U.S. Attorney Sara Bloom.

**/s/ Martin G. Weinberg**
Martin G. Weinberg